*Charles R. Carruth* and *Frederic L. Reynolds* for appellant.

*Edward Harris* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN and CULLEN, JJ. Not sitting: WERNER, J.

---

COMMERCIAL BANK, Respondent, *v.* MOSES FOLTZ, Appellant, Impleaded with Others.

*Commercial Bank* v. *Foltz*, 25 App. Div. 631, affirmed.
(Argued May 2, 1900; decided May 22, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 21, 1898, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term.

*Charles R. Carruth* for appellant.

*Edward Harris* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN and CULLEN, JJ. Not sitting: WERNER, J.

---

COMMERCIAL BANK, Respondent, *v.* MOSES FOLTZ, Appellant, Impleaded with Others.

*Commercial Bank* v. *Foltz*, 25 App. Div. 631, affirmed.
(Argued May 2, 1900; decided May 22, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 21, 1898, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term.

*Charles R. Carruth* for appellant.

*Edward Harris* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN and CULLEN, JJ. Not sitting: WERNER, J.